AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION FROM MEGA LTD ACCOUNT<br>ALIENATED304@GMAIL.COM | ) ) ) ) ) ) Case No. 2:24-mj-00019 |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____West Virginia_____
*(identify the person or describe the property to be searched and give its location)*:
INFORMATION FROM MEGA LTD ACCOUNT ALIENATED304@GMAIL.COM THAT IS DOWNLOADED TO COMPUTER MEDIA IN THE POSSESSION OF DHS; more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
DOWNLOAD OF ACCOUNT INFORMATION IN POSSESSION OF DHS.

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 6, 2024_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Dwane L. Tinsley_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___Feb. 21, 2024 2:13 PM___     ___/s/ Dwane L. Tinsley___
                                                                                  *Judge's signature*

City and state: ___Charleston, West Virginia___     ___Dwane L. Tinsley, United States Magistrate Judge___
                                                                                  *Printed name and title*

AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:24-mj-00019 | Date and time warrant executed: 02/21/2024; 1500hrs | Copy of warrant and inventory left with: HSI - Charleston, WV |

Inventory made in the presence of: Leland Pickering

Inventory of the property taken and name of any person(s) seized:

No electronic data recovered

Nothing Further

**FILED**
FEB 2 3 2024
[CLERK]
Southern District of West Virginia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/23/2024

_____
Executing officer's signature

Terrance L. Taylor - Special Agent
Printed name and title

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

Information from the Mega LTD ("Mega") account ALIENATED304@GMAIL.COM (the "Subject Account") that is downloaded to computer media in the possession the Department of Homeland Security, Homeland Security Investigations, located in the Southern District of West Virginia (the "Subject Account Information").

1

**ATTACHMENT B**

<u>ITEMS AND INFORMATION TO BE SEIZED</u>

Any and all items and information described in **Attachment A** that constitute contraband, evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. § 2252A (transportation, receipt, distribution, possession, and access with intent to view child pornography) (collectively, the "Subject Offenses"), as described in the Affidavit submitted in support of this warrant, including information pertaining to the following matters:

(a) All child pornography, as defined by 18 U.S.C. § 2256, child erotica, any sexually explicit conduct involving or appearing to involve minors, or any other depictions of minors;

(b) Any communications between the Subject Account and any other user related to child pornography, child erotica, sexually explicit conduct involving minors, sexual activity involving minors, or sexual assault;

(c) Any and all materials stored or accessed by the Subject Account related to child pornography, child erotica, sexually explicit conduct involving minors, sexual activity involving minors, or sexual assault;

2

(d) Information about the identification or location of the user of the Subject Account;

(e) Information about the state of mind of the user of the Subject Account related to the criminal activity under investigation (e.g., intent, absence of mistake, or evidence indicating preparation or planning);

(f) Information about when and how the Subject Account was accessed or used, to determine the geographical and chronological context of account access, use, and events relating to the crimes under investigation, and to the user of the Subject Account;

(g) Information about any person who (i) collaborated, conspired, or assisted (knowingly or unknowingly) in the commission of the criminal activities under investigation, or (ii) communicated with the user(s) of the Subject Account about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts.